Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

*[FILED stamp: SEP 03 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

25-cv-6454

**A.** **Full Name of Plaintiff:** **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Timothy Miller

-vs-

**B.** **Full Name(s) of Defendant(s)** **NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Client (Black foreigner)
2. 
3. 
4. 
5. 
6. 

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Harassment

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Sexual Harassment

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Discriminatory Acts Against me as if I was Deranged, not in the right frame of mind.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Timothy L Miller

Present Address: 165 EDgelAnD Rochester N.Y. 14605

Name of Second Plaintiff: ~~(struck through)~~

Present Address: ~~(struck through)~~

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Black Foreigner

Official Position of Defendant (if relevant): Client (At Homeless Shelter)

Address of Defendant: 547 Joseph Ave. Rochester N.Y. 14605

Name of Second Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

Name of Third Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?
   Is it still pending?  Yes [ ]   No [✓]
   If not, give the approximate date it was resolved._____
   Disposition (check those statements which apply):
   [ ] Dismissed (check the statement which indicates why it was dismissed):
       [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
       [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
       [ ] By court due to your voluntary withdrawal of claim;
   [ ] Judgment upon motion or after trial entered for
       [ ] plaintiff
       [ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On *(date of the incident)* On 9/3/25 ,
defendant *(give the **name and (if relevant) the position held** of **each defendant** involved in this incident)* Staffs Are encouraging Black foreigner to follow AND Harass me many times inside Shelter AND outside Shelter

3

did the following to me (*briefly state what each defendant named above did*): Trying to create Accidents with will intent so I will be seen if I bump into him. He has been following me to bathrooms, Walmart, Stores within the neighborhood. He has taken pictures of me while I'm coming back from the store. He is illegally investigating me while I reside at the Shelter. See Complaint. Investigation is need

The federal basis for this claim is: Discrimination as if I had a mental Disability problem, in Sexual orientated.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like for this foreigner to be charged in sent back to his Country.

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Black foreigner Deported. US Citizens could not create this type of misconduct within the Country. Like Trump say send them back.

Do you want a **jury trial**? Yes ☐  No ☒

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___9/3/25___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Timothy McCoy_
Signature(s) of Plaintiff(s)

Civil Suit

Timothy L Miller

VS

Client (Black Foreigner) at the shelter

I experienced sexual harassment from the black foreigner on several occasions. Whites have coached him to try to get me angry or to say something. I overheard a white male who name is unknown but bed in the shelter is 4 bottom bunk tell this black foreigner to lie in state that I was harassing him in speaking foul language.

I sign language nowadays due to so many people are trying to sabotage me life due to money is up in for White Supremacy. A message was conveyed to me that Lovely Ann Warren Family, and Friends are only harassing due to Whites threatened to jail them if they don't continue because of a big lawsuit I have.

A Staff questioned me why I don't say excuse me. I Believe that the staffs are encouraging clients to harass me beyond my control so I would be seen as a discourage man who seriously needs help.

Despite the racism this black foreigner need to be deported for sexual harassing me (bending down sexually, always staring trying to get my attention, consisting on following to shopping centers in to the bathroom. This man continue to try to run into me because he was coached. The complaint I filed in 2017 against Lovely Ann Warren was that 67% of citizens and non citizens scheme was to say I was not in the right frame of mind in be bumping into people beyond my control as if I was Bi-polar or mentally disturbed. This Foreigner knows this continue to harass me daily. This case I don't want no money I want him deported back to his country. These foreigners are destroying are country by coming over illegally and create misconduct.